IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KERRY COLLIER, #16347-078** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 3:16-CV-1239-N-BK |
| § | | |
| **ENHANCED RECOVERY CORP. CEO,** § | | |
| et al., § | | |
| Defendants. § | | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that that the claims against Enhanced Recovery Corp. CEO are **SEVERED** from the instant action and **TRANSFERRED** to the United States District Court for the Eastern District of Texas, Sherman Division, and the claims against Capio Partners CEO are **SEVERED** from the instant action and **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for further proceedings.

The Clerk of the Court is **directed** to close this case.

SIGNED this 29th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE